1

2

3

4

5

6

7                           **UNITED STATES DISTRICT COURT**

8                                 **DISTRICT OF NEVADA**

9    JOHN LEVI,                              )
                                             )        Case No.  2:13-cv-01398-APG-CWH
10                        Plaintiff,          )
                                             )        **ORDER**
11   vs.                                      )
                                             )
12   C.O. MOJICA, *et al.*,                   )
                                             )
13                        Defendants.         )
                                             )
14   _____)

15        Before the Court are Defendants Sargeant T. Neville and Deputy Chief Fasulo's ("defendants")

16   motion to compel (doc. # 15) and motion for sanctions (doc. # 16), filed February 3, 2015.  Plaintiff

17   John Levi ("plaintiff") did not file a response.

18        Because it is unclear to this Court whether plaintiff ever received the instant motions,[1] thereby

19   prohibiting plaintiff from filing any response, the Court will deny these motions without prejudice.

20        Accordingly, **IT IS HEREBY ORDERED** that defendants' motion to compel (doc. # 15) and

21   motion for sanctions (doc. # 16) are **denied without prejudice**.

22        DATED:  May 18, 2015

23

24        _____
          **C.W. Hoffman, Jr.**
25        **United States Magistrate Judge**

26

27

28

        _____

           [1] Communications sent to plaintiff's address on the record have been returned to the Clerk of Court as
        "undeliverable."  See Doc. # 18; Doc. # 20.