UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JOHN LEVI,

        Plaintiff,

v.

C.O. MOJICA, *et al.*,

        Defendants.

Case No. 2:13-CV-01398-APG-CWH

**ORDER**

(DKT. #22)

      On May 18, 2015, Magistrate Judge Hoffman entered his Report & Recommendation (Dkt. #22) recommending I dismiss this complaint without prejudice because the plaintiff has failed to comply with the court's orders, has not maintained a current address, and has taken no action in this case for a year. Plaintiff John Levi did not file an objection.

      I conducted a *de novo* review of the issues set forth in the Report & Recommendation. 28 U.S.C. § 636(b)(1). Judge Hoffman's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

      IT IS THEREFORE ORDERED that Report & Recommendation (Dkt. #22) is accepted.

      IT IS FURTHER ORDERED that this action is dismissed without prejudice.

      DATED this 8th day of July, 2015.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE